UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** January 29, 2018   **Time:** 20 minutea   **Judge:** SALLIE KIM

**Case No.**: 17-cv-05766-SK   **Case Name:** Estante v. City of Berkeley

**Attorney for Plaintiff:** Maria Estante, Pro Se
**Attorney for Defendant:** Natalie Torres

**Deputy Clerk:** Melinda K. Lozenski   **Court Reporter:** FTR 10:01-10:21

PROCEEDINGS

Motion to Dismiss (docket no. 14) - held
Motion to Disqualify (docket no. 21) - held.
Motion for Temporary Restraining Order (docket no. 36) - held.

SUMMARY

The Court indicated the Motion to Dismiss will be granted with leave to amend. A written order will follow on the motions.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RHEBA ESTANTE,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | Case No.  17-cv-05766-SK<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 29, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Maria Rheba Estante
2125 Sherman Drive
Pleasant Hill, CA 94523

Dated: January 29, 2018

Susan Y. Soong
Clerk, United States District Court

By:_____
Melinda K. Lozenski, Deputy Clerk to the
Honorable SALLIE KIM