UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA RHEBA ESTANTE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF BERKELEY,<br><br>    Defendant. | Case No.17-cv-05766-SK<br><br>**ORDER OF CONDITIONAL DISMISSAL** |

The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

**IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within forty-five days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after the passage of sixty days, the dismissal shall be with prejudice.

Dated: April 19, 2018

                                                                                _____
SALLIE KIM
United States Magistrate Judge